FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ MAR 2 - 2015 ★ BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

NATHANIEL GRAVENHISE,

                Plaintiff,

-against-

P.O. ANDREW J. KAMNA et al.,

                Defendants.

------------------------------------------------------------------- X

14-CV-3448 (ARR)(JO)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 26, 2015, from the Honorable James Orenstein, United States Magistrate Judge. Dkt. #13. Plaintiff's counsel has indicated that late plaintiff's mother, his sole heir, does not wish to pursue this claim and does not oppose defendants' proposed motion to dismiss. Dkt. #12. The court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the case is dismissed with prejudice pursuant to Rule 25(a)(1). The Clerk of Court is directed to close the case.

SO ORDERED.

                                          /s/(ARR)

                                          Allyne R. Ross
                                          United States District Judge

Dated: February 27, 2014
       Brooklyn, New York